THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK JOSEPH PEZZANO, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES RUGGIO, Appellant.— Judgments of the Queens County Court convicting appellants of robbery in the first degree, grand larceny in the first degree, and assault in the second degree, sentencing them to an indeterminate term of from thirty to sixty years in State prison, and orders denying motion made in their behalf for a new trial on the ground of newly-discovered evidence, unanimously affirmed. No opinion. Present — Hagarty, Carswell, Johnston, Adel and Close, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN ARTHUR STEWART, Alias JOHN J. STEWART, Alias ARCHIE STEWART, Appellant.— Judgment of the County Court of Orange county, convicting the defendant of the crimes of robbery in the first degree and grand larceny in the first degree, and orders denying defendant's motions for a new trial, unanimously affirmed. No opinion. Present — Hagarty, Carswell, Johnston, Adel and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. SEVENTEEN-NINETEEN MAMARONECK AVENUE CORPORATION, Appellant, v. WILLIAM J. WEISE, Assessor of the City of White Plains, New York, and CLARENCE C. MELENEY and Others, Comprising the Board of Review of Said City, Respondents.— Order confirming referee's report and sustaining assessment in the sum of $150,000 for the 1935 tax year unanimously affirmed, with costs. No opinion. Present — Hagarty, Carswell, Davis, Adel and Taylor, JJ.

DORCAE EDNA QUINN, an Infant, by Her Guardian ad Litem, MATTIE QUINN, and MATTIE QUINN, Respondents, v. STEINWAY & SONS, Defendant; SARA MILDRED STRAUSS and EVELYN HUBBELL, Appellants.— Order, as resettled, granting plaintiffs' motion and restoring the action to the general trial term calendar, affirmed, without costs. No opinion. Hagarty, Carswell, Johnston, Taylor and Close, JJ., concur.

VIOLET A. WHITED, Appellant, v. WILLIAM HUDSON and Others, Defendants; ROCKLAND LAKE CORPORATION, Respondent.— In an action to recover damages for an alleged assault, order granting motion of defendant Rockland Lake Corporation to set aside the service of the summons and complaint upon it affirmed, with ten dollars costs and disbursements. No opinion. Hagarty, Carswell, Johnston, Taylor and Close, JJ., concur.

WILFORD WOOD, Respondent, v. DAVID H. CLARK, Appellant.— Action to recover balance claimed to be due under a sale of a one-fifth interest in certain real property in Florida. Order granting plaintiff's motion to serve an amended complaint affirmed, with ten dollars costs and disbursements. The amended complaint does not introduce any new cause of action and, therefore, does not prejudice the defendant. It may be served within ten days from the entry of the order hereon. Hagarty, Carswell, Johnston, Taylor and Close, JJ., concur.

## (November 19, 1937.)

SAMUEL BONAT and HARRY BONAT, Doing Business under the Firm Name and Style of SAMUEL BONAT & BRO., Appellants, v. ALICE STEUERSEN, Doing Business under the Firm Name and Style of ALICE HAIRDRESSING SHOP, Respondent.— Motion for reargument denied, with ten dollars costs. Present — Hagarty, Carswell, Davis, Johnston and Adel, JJ.